# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED

UNITED STATES OF AMERICA

2010 APR -6 D 3:30

JUDGMENT IN A CRIMINAL CASE

(For Revocation of Probation or Supervised Release)

CASE NUMBER: 3:07-cr-334-J-33JRK
USM NUMBER: 32196-018

V.

ALYCE ARZET WATSON                  Defendant's Attorney: Maurice Grant, Esquire (pda)

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers __Two and Nine through Fourteen__ of the term of supervision.

__X__ charge numbers __One, Three, and Four through Eight__ were abandoned by the government.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | New criminal conduct, Grand Theft | September 2009 |
| Nine | Positive urinalysis for Morphine | December 2009 |
| Ten | Positive urinalysis for Morphine | January 2010 |
| Eleven | Positive urinalysis for Morphine | January 2010 |
| Twelve | Positive urinalysis for Morphine | January 2010 |
| Thirteen | Failure to follow the instructions of the probation officer | January 2010 |
| Fourteen | Positive urinalysis for Morphine | January 2010 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: April 5, 2010

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE
DATE: April 5, 2010

Defendant:     ALYCE ARZET WATSON                                Judgment - Page 2 of 2
Case No.:     3:07-cr-334-J-33JRK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FIVE (5) MONTHS.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

     _____ at _____ a.m.    p.m.    on _____.

     _____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     _____ before 2 p.m. on _____.

     _____ as notified by the United States Marshal.

     _____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL